JOHN D. MORRISON et al., Respondents-Appellants, v. MATT-A-MAR, INC., et al., Appellants-Respondents, and LESTER M. ALBERTSON et al., Constituting the Town Board of the Town of Southold, et al., Respondents.—

Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.